UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JACOB SCHEINER IRA, | Case No. 20-cv-07756-AJN |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| OTELCO INC., RICHARD A. CLARK, BARBARA M. DONDIEGO-STEWART, HOWARD J. HAUG, DAYTON R. JUDD, STEPHEN P. MCCALL, and BRIAN A. ROSS, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jacob Scheiner IRA ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: December 15, 2020

WEISSLAW LLP

By _____
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*